THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONTAUK BEACH DEVELOP-

---

* Affd., 264 N. Y. —.

ment Corporation, Respondent, v. J. Edward Gay, Jr., and Others, Assessors, Constituting the Board of Assessors of the Town of East Hampton, Suffolk County, New York, Appellants.— Order denying motion to dismiss the petition unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.